447 A.2d 665

Commonwealth v. Turner, Appellant.

Petition for Allowance of Appeal Denied Nov. 3, 1982.

 Submitted December 9, 1981.

Richard P. Haaz, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.